FILED
NOV 15 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:05-00126**

**MAURICE TAFT GIBSON,**
**also known as "Mo"**
**TONYA S. GIBSON**

**RESPONSE OF UNITED STATES TO MAURICE GIBSON**
**AND TONYA GIBSON'S MOTION FOR CONTACT VISITS**

Comes now the United States of America by Miller A. Bushong III, Assistant United States Attorney for the Southern District of West Virginia, in response to a joint motion filed by defendants Maurice Gibson and Tonya Gibson. The motion seeks permission from the Court to allow defendants contact meetings during the pendency of their criminal case. The United States objects for the following reasons:

1. Defendant Tonya Gibson pled guilty to aiding and abetting Maurice Gibson in the commission of a money laundering offense. Even though Tonya Gibson's plea agreement contains a standard cooperation paragraph, the United States has represented that it will not require her to testify against her husband. However, the United States can envision scenarios in which either Maurice Gibson or Hector Reinat might call Tonya Gibson as a witness for the defense. A standard condition of Tonya Gibson's bond is that she not communicate with any potential witness. The United States requests that the Court enforce that bond condition.

2. Both criminal and civil forfeiture issues remain unresolved in this case. The forfeiture issues relate to property owned by Maurice and Tonya Gibson. Due to their status as co-defendants and due to the pendency of the forfeiture issues in this case, the United States requests that the Court deny defendants' motion.

3. Counsel for the United States has no objection to defendant Maurice Gibson consulting with and meeting with non-co-defendant witnesses.

WHEREFORE, the United States respectfully requests that the Court deny defendants' motion for contact visitation.

Respectfully submitted,

CHARLES T. MILLER
Acting United States Attorney

By: ______________________
MILLER A. BUSHONG III
Assistant United States Attorney

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "RESPONSE OF UNITED STATES TO MAURICE GIBSON AND TONYA GIBSON'S MOTION FOR CONTACT VISITS" has been made on opposing counsel by mailing a true copy thereof, on the 14th day of November, 2005, to the following counsel of record:

Gary A. Collias, Esquire
122 Capitol Street, Suite 300
Charleston, West Virginia 25301

Jay T. McCamic, Esquire
McCamic Sacco & McCoid
56-58 Fourteenth Street
Wheeling, West Virginia 26003

John H. Tinney, Jr., Esquire
The Tinney Law Firm, PLLC
707 Virginia Street, East
Post Office Box 3752
Charleston, West Virginia 25337

MILLER A. BUSHONG III
Assistant United States Attorney