UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FILED
MAR - 2 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:05-00126

MAURICE GIBSON, ET AL.

## UNITED STATES MOTION TO DISMISS PROPERTY FROM FORFEITURE

Comes now the United States of America, by counsel, Charles T. Miller, United States Attorney, and Betty A. Pullin, Assistant United States Attorney for the Southern District of West Virginia, and hereby moves this Court for an Order dismissing the property identified in the forfeiture allegations of the indictment from forfeiture in this case. As grounds for this motion, the United States provides as follows:

1. The indictment returned in this case on June 14, 2005, identifies the following property as being subject to forfeiture for controlled substance violations or money laundering violations:

   a. The sum of $22,694, more or less, seized from First Community Bank Checking Account No. XXX6537, in the names of Maurice T. Gibson and Tonya S. Gibson (CATS No. 05-DEA-452378);

   b. One 1966 Piper Cherokee Single Engine Aircraft, Serial No. 28-3032, Registration No. N5909W, and log book (CATS No. 05-DEA-452211);

   c. One 1996 Ford Taurus, VIN 1FALP52U4TA115873;

   d. One 2004 Fleetwood Providence Motor Home, 39 feet more or less in length, VIN 4UZAAHBS64CM85503;

e. One full-length men's mink coat (CATS No. 05-DEA-452367);

f. One Hitachi plasma/LCD wide-screened television (CATS No. 05-DEA-452206);

g. One 2004 Yamaha Waverunner jetski, VIN YAMA1780H304 (CATS No. 05-DEA-452297);

h. One 1994 Yamaha Wave Raider jetski, VIN YAML5889E494 (CATS No. 05-DEA-452300);

i. One 1996 Shorelander Jetski trailer, VIN 1MOASER16TH787472 (CATS No. 05-DEA-452300);

j. One gun safe and multiple firearms, accessories and ammunition located therein (CATS Nos. 05-DEA-453868 & 05-DEA-452827);

k. Jewelry purchased from Carlisle & Company of Fayetteville, North Carolina, consisting of one men's Rolex watch, one women's Rolex watch, one women's diamond ring, and one women's diamond band;

l. One 2003 Cadillac Escalade EXT, black in color, VIN 3GYEK63N03G329365 (CATS No. 05-DEA-452207); and

m. One 2002 CRL pontoon boat, hull ID# N0R83513G102, and one 2002 boat trailer, VIN 1TPCENX2331034437 (CATS No. 05-DEA-452219).

2. The United States Drug Enforcement Administration (herein after "the DEA") began parallel administrative forfeiture proceedings against most of the assets identified in paragraph 1 above. Those assets undergoing parallel administrative forfeiture are identified above as having a Consolidated Asset Tracking System (CATS) number. The DEA also began administrative forfeiture

proceedings against other assets that were also seized pursuant to seizure warrants but which were not included in the indictment.[1]

3. No administrative forfeiture action was initiated against the following assets identified in paragraph 1 for the reasons stated below:

a. Item C, 1996 Ford Taurus: never seized

b. Item D, 2004 Fleetwood motor home: item seized but due to a significant lien, the motor home released into the custody of the lienholder after the loan went into default;

c. Item K, jewelry: never located and never seized.

The United States does not intend to seek forfeiture of the 1996 Ford Taurus nor the jewelry at this time but reserves the right to seek forfeiture of such items in any future administrative or civil judicial action.

4. The DEA has completed all of the pending administrative forfeiture proceedings against the assets identified in paragraph 1 above, except Item L, 2003 Cadillac Escalade (CATS No. 05-DEA-452207), as evidenced by the Declarations of Forfeiture attached

---

[1]Additional assets which were seized but not charged in the indictment and against which DEA began administrative forfeiture are as follows: (1) one 1995 Acura Legend automobile, CATS No. 05-DEA-452190; (2) one 2002 Yamaha Series All-terrain vehicle, CATS No. 05-DEA-452208; (3) one 1995 Jeep Wrangler, CATS No. 05-DEA-452216; (4) one 2002 Homesteader box trailer, CATS No. 05-DEA-452220; (5) one 2001 Kawasaki EX-250F motorcycle, CATS No. 05-DEA-452221; (6) one 2002 Cadillac Escalade, CATS No. 05-DEA-452222; and (7) one 2002 Honda Interceptor Sport Bike, CATS No. 05-DEA-452286.

hereto and incorporated herein. Tonya Gibson has forfeited her interest in the 2003 Cadillac Escalade to the United States under the terms of her plea agreement and no other claims have been filed for the vehicle except by its lienholder, GMAC. This vehicle is still undergoing administrative forfeiture by the DEA.

5. The DEA has also completed administrative forfeiture proceedings against all assets identified in footnote 1 of this motion, as evidenced by the Declarations of Administrative Forfeiture also attached hereto and incorporated herein.

6. Inasmuch as all assets presently charged in the indictment either have been forfeited, are still undergoing administrative forfeiture, have been released or otherwise will not be pursued in this criminal case, the assets charged should be dismissed from the indictment.

WHEREFORE, for the foregoing reasons, the United States respectfully moves this Court for an Order dismissing from forfeiture the assets identified in the forfeiture allegations for both controlled substance violations and money laundering violations.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By: [signature]
BETTY A. PULLIN
Assistant United States Attorney

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 05-DEA-452378 **Case #:** ID-04-2009
**Asset Description:** First Community Bank Account# 8996537
**Acct/Ser No:** 8996537
**Seizure Date:** 05/27/05 **Seizure Value:** $22694.54
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson and Tonya Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

RECEIVED
FEB 06 2006
CRO / ARG
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 09 2006
Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452211 **Case #:** ID-04-2009
**Asset Description:** 1966 Piper Cherokee Single Engine Plane
**Serial Number:** 28-3032
**Seizure Date:** 06/02/05 **Seizure Value:** $32500.00
**Seizure Place:** Welch, WV
**Owner Name:** Bobby Hall
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 1 0 2006
Date

**U. S. Departn  ıt of Justice**
Drug Enforcement Administration

---

**Asset ID:** 05-DEA-452367 **Case #:** ID-04-2009
**Asset Description:** Men's Full-Length Mink Coat
**Serial Number:**
**Seizure Date:** 05/24/05 **Seizure Value:** $4000.00
**Seizure Place:** Princeton, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

RECEIVED
NOV 28 2005
URO / ARO
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

NOV 09 2005
Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452206 **Case #:** ID-04-2009
**Asset Description:** Hitachi Plasma Widescreen Television
**Serial Number:** VS 4014
**Seizure Date:** 05/24/05 **Seizure Value:** $5499.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson and Tonya Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

RECEIVED
FEB 06 2006
CRO / ARG
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 10 2006
Date

Asset ID: 05-DEA-452297 Case #: ID-04-2009
Asset Description: 2004 Yamaha Wave Runner XLT Jet Ski
Serial Number: YAMA1780H304
Seizure Date: 05/24/05 Seizure Value: $6960.00
Seizure Place: Princeton, WV
Owner Name: Maurice Gibson
Seized From: Maurice Gibson
Judicial District: Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

NOV 0 9 2005
Date

RECEIVED
NOV 2 8 2005
CRO / ARG
DRUG ENFORCEMENT
ADMINISTRATION

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452300 **Case #:** ID-04-2009
**Asset Description:** 1994 Yamaha RA700 Wave Raider Jet Ski
**Serial Number:** YAML5889E494
**Seizure Date:** 05/24/2005 **Seizure Value:** $1590.00
**Seizure Place:** Princeton, WV
**Owner Name:** Carla Edwards
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 11 2006
Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DBA-453868 **Case #:** ID-04-2009
**Asset Description:** Liberty Gun Safe
**Serial Number:**
**Seizure Date:** 06/01/05 **Seizure Value:** $1450.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 11 2006
Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452827 **Case #:** ID-04-2009
**Asset Description:** Assorted Weapons and Accessories
**Serial Number:** 186-40697
**Seizure Date:** 06/01/05 **Seizure Value:** $3409.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Gary Ridley
**Judicial District:** Southern District of West Virginia

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 10 2006
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 05-DEA-452219 **Case #:** ID-04-2009
**Asset Description:** 2002 Pontoon Boat, Hull and Trailer
**Serial Number:** NOR83513G102
**Seizure Date:** 05/24/05 **Seizure Value:** $13450.00
**Seizure Place:** Princeton, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

RECEIVED
FEB 06 2006
CRO / ARG
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 20 2006
Date

U. S. Departr... of Justice
Drug Enforcement Administration

**Asset ID:** 05-DEA-452190 **Case #:** ID-04-2009
**Asset Description:** 1995 Acura Legend
**Vehicle ID#:** JH4KA827XSC000537
**Seizure Date:** 05/24/05 **Seizure Value:** $7125.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Carla Edwards
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this dat I have examined this matter, and found that there was sufficient information to support the forfei of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the Unit States pursuant to 19 U.S.C. Section 1609.

RECEIVED
NOV 2 C 2005
GRO / ARG
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

NOV 0 9 2005
Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452208 **Case #:** ID-04-2009
**Asset Description:** 2002 Yamaha Series YFM660FWA All-Terrain Vehicle
**Vehicle ID#:** 1Y4AM02Y92C032456
**Seizure Date:** 05/24/05 **Seizure Value:** $4490.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 09 2006

Date

**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-452216 **Case #:** ID-04-2009
**Asset Description:** 1995 Jeep Wrangler
**Vehicle ID#:** 1J4FY19P6SP293044
**Seizure Date:** 05/24/05 **Seizure Value:** $5350.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Tonya Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

RECEIVED
FEB 06 2006
DRUG ENFORCEMENT ADMINISTRATION

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

JAN 20 2006
Date

Asset ID: 05-DEA-452220    Case #: ID-04-2009
Asset Description: 2002 Homesteader Box Trailer
Vehicle ID#: 5HABC14242N021865
Seizure Date: 05/24/05    Seizure Value: $3800.00
Seizure Place: Bluefield, WV
Owner Name:
Seized From: Maurice Gibson
Judicial District: Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

NOV 09 2005
Date

RECEIVED
NOV 2 0 2005
CRO / ARG
DRUG ENFORCEMENT
ADMINISTRATION

**U. S. Depar nt of Justice**
Drug Enforcement Administration

Asset ID: 05-DEA-452221 Case #: ID-04-2009
Asset Description: 2001 Kawasaki EX250-F Motorcycle
Vehicle ID#: JKAEXMF101A081807
Seizure Date: 05/24/05 Seizure Value: $2165.00
Seizure Place: Bluefield, WV
Owner Name: Maurice Gibson
Seized From: Maurice Gibson
Judicial District: Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

LAWRENCE D'ORAZIO
Senior Attorney
Asset Forfeiture Section

NOV 14 2005
Date

U. S. Departm ; of Justice
Drug Enforcement Administration

**Asset ID:** 05-DEA-452222 **Case #:** ID-04-2009
**Asset Description:** 2002 Cadillac Escalade
**Vehicle ID#:** 1GYEK63N82R133382
**Seizure Date:** 05/25/05 **Seizure Value:** $36150.00
**Seizure Place:** Bluefield, WV
**Owner Name:** Maurice Gibson
**Seized From:** Maurice Gibson
**Judicial District:** Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE,** it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section
JAN 20 2006
Date

U. S. Departn  t of Justice
Drug Enforcement Administration

Asset ID: 05-DEA-452286   Case #: ID-04-2009
Asset Description: 2002 Honda Interceptor Sport Bike
Vehicle ID#: JH2RC46192M400681
Seizure Date: 05/24/05   Seizure Value: $6370.00
Seizure Place: Bluefield, WV
Owner Name: Maurice Gibson
Seized From: Maurice Gibson
Judicial District: Southern District of West Virginia

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio
Senior Attorney
Asset Forfeiture Section

NOV 0 9 2005
Date

RECEIVED
NOV 2 8 2005
CRO / ARO
DRUG ENFORCEMENT
ADMINISTRATION

**CERTIFICATE OF SERVICE**

I, Betty A. Pullin, Assistant United States Attorney, do hereby certify that service of the foregoing "United States Motion to Dismiss Property From Forfeiture" and proposed "Order Dismissing Property" has been made upon opposing counsel this 1st day of March, 2006, by mailing true copies thereof, in an envelope with sufficient postage prepaid, to the following:

Gary A. Collias, Esquire
P. O. Box 70007
Charleston, West Virginia 25301-0007

Jay T. McCamic, Esquire
McCamic & McCamic
P. O. Box 151
Wheeling, West Virginia 26003

David S. Hart, Esquire
Hayden & Hart
102 McCreery Street
Beckley, West Virginia 25801

David C. Smith, Esquire
Smith & Scantlebury
205 Law & Commerce Bldg.
Bluefield, West Virginia 24701

Sante Boninsegna, Jr., Esquire
Boninsegna Law Offices
P. O. Box 1581
Princeton, West Virginia 24874

John H. Tinney, Jr., Esquire
The Tinney Law Firm
P. O. Box 3752
Charleston, West Virginia 25337-3752

Betty A Pullin

BETTY A. PULLIN
Assistant United States Attorney