FILED
MAR 13 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government**

| EXHIBIT NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 1 | 3/8/06 | HAWK VIDEO - 4/20/04 | | 3/8/06 |
| 2 | 3/8/06 | CEILING VIDEO - 4/20/04 | | 3/8/06 |
| 3 | 3/8/06 | HAWK VIDEO - 4/26/04 | | 3/8/06 |
| 4 | 3/8/06 | CEILING VIDEO - 04/26/04 | | 3/8/06 |
| 5 | 3/8/06 | TELEPHONE CALL - 5/10/04 | | 3/8/06 |
| 6 | 3/8/06 | HAWK VIDEO - 5/10/04 | | 3/8/06 |
| 7 | 3/8/06 | CEILING VIDEO - 5/10/04 | | 3/8/06 |
| 8 | 3/8/06 | AUDIO FROM CEILING VIDEO - 5/10/04 | | 3/8/06 |
| 9 | 3/8/06 | CEILING VIDEO - 5/10/04 | | 3/8/06 |
| 10 | 3/8/06 | TELEPHONE CALL - 5/11/04 | | 3/8/06 |
| 11 | 3/8/06 | HAWK VIDEO - 5/11/04 | | 3/8/06 |
| 12 | 3/8/06 | CEILING VIDEO - 5/11/04 | | 3/8/06 |
| 13 | 3/8/06 | TELEPHONE CALL TO GIBSON - 5/14/04 | | 3/8/06 |
| 14 | 3/8/06 | HAWK VIDEO - 5/14/04 | | 3/8/06 |
| 15 | 3/8/06 | CEILING VIDEO - 5/14/04 | | 3/8/06 |
| 16 | 3/8/06 | TELEPHONE CALL - 6/03/04 | | 3/8/06 |
| 17 | 3/8/06 | TELEPHONE CALL - 6/03/04 | | 3/8/06 |
| 18 | 3/8/06 | AUDIO - 6/10/04 | | 3/9/06 |

| Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government | | | | |
|---|---|---|---|---|
| 19 | 3/8/06 | AUDIO - 6/10/04 | | 3/8/06 |
| 20 | 3/8/06 | CEILING VIDEO - 6/10/04 | | 3/8/06 |
| 21 | 3/8/06 | HAWK VIDEO - 6/11/04 | | 3/8/06 |
| 22 | 3/8/06 | CEILING VIDEO - 6/11/04 | | 3/8/06 |
| 23 | 3/8/06 | TELEPHONE CALL - 7/26/04 | | 3/8/06 |
| 24 | 3/8/06 | VIDEO SURVEILLANCE OF PARKING LOT - 7/27/04 | | 3/8/06 |
| 25 | 3/8/06 | HAWK VIDEO - 7/27/04 | | 3/8/06 |
| 26 | 3/8/06 | CEILING VIDEO - 7/27/04 | | 3/8/06 |
| 27 | 3/8/06 | TELEPHONE CALL - 9/16/04 | | 3/8/06 |
| 28 | 3/8/06 | HAWK VIDEO - 9/16/04 | | 3/8/06 |
| 29 | 3/8/06 | CEILING VIDEO - 9/16/04 | | 3/8/06 |
| 30 | 3/8/06 | TELEPHONE CALL - 10/27/04 | | 3/8/06 |
| 31 | 3/8/06 | HAWK VIDEO - 10/27/04 | | 3/8/06 |
| 32 | 3/8/06 | HAWK VIDEO - 10/27/04 | | 3/8/06 |
| 33 | 3/8/06 | HAWK VIDEO - 10/27/04 | | 3/8/06 |
| 34 | 3/8/06 | CEILING VIDEO - 10/27/04 | | 3/8/06 |
| 35 | 3/8/06 | HAWK VIDEO - 10/28/04 | | 3/8/06 |
| 36 | 3/8/06 | CEILING VIDEO - 10/28/04 | | 3/8/06 |

**Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government**

| | | | | |
|---|---|---|---|---|
| 37 | 3/8/06 | TELEPHONE CALL - 2/7/05 | | 3/8/06 |
| 38 | 3/8/06 | HAWK VIDEO - 2/7/05 | | 3/8/06 |
| 39 | 3/8/06 | CEILING VIDEO - 2/7/05 | | 3/8/06 |
| 40 | 3/8/06 | HAWK VIDEO - 3/8/05 | | 3/8/06 |
| 41 | 3/8/06 | HAWK VIDEO - 3/9/05 | | 3/8/06 |
| 42 | 3/8/06 | CEILING VIDEO - 3/9/05 | | 3/8/06 |
| 43 | 3/8/06 | TWO PACKAGES CONTAINING OXYCODONE TABLETS | | 3/8/06 |
| 44 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 45 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 46 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 47 | 3/8/06 | COCAINE HYDROCHLORIDE | | 3/9/06 |
| 48 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 49 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 50 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 51 | 3/8/06 | COCAINE HYDROCHLORIDE | | 3/9/06 |
| 52 | 3/8/06 | HYDROMORPHONE | | 3/9/06 |
| 53 | 3/8/06 | OXYCODONE TABLETS | | 3/9/06 |
| 54 | 3/8/06 | COCAINE HYDROCHLORIDE (TWO PACKAGES | | 3/9/06 |

**Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government**

| | | | | |
|---|---|---|---|---|
| | | | | |
| 55 | 3/8/06 | PHOTOGRAPH OF MIKE WHITE BUSINESS | | 3/8/06 |
| 56 | 3/8/06 | PHOTOGRAPH OF MIKE WHITE BUSINESS FROM SURVEILLANCE LOCATION | | 3/8/06 |
| 57 | 3/8/06 | DRAGON TATOO BUSINESS CARD | | 3/8/06 |
| 58 | 3/8/06 | CONFIDENTIAL AGREEMENT WITH MIKE WHITE | | DOES NOT GO TO JURY |
| 59 | 3/9/06 | PLEA AGREEMENT FOR CHRISTINA ARNOTO | | 3/9/06 |
| 60 | 3/9/06 | PLEA AGREEMENT FOR RODNEY ADKINS | | 3/9/06 |
| 61 | 3/9/06 | PHOTOGRAPH OF BOAT | | 3/9/06 |
| 62 | 3/9/06 | PHOTOGRAPH OF WHITE ESCALADE | | 3/9/06 |
| 63 | 3/9/06 | PHOTOGRAPH OF WHITE ACURA LEGEND | | 3/9/06 |
| 64 | 3/9/06 | PHOTOGRAPH OF RED JEEP | | 3/9/06 |
| 65 | 3/9/06 | PHOTOGRAPH OF BLACK ESCALADE | | 3/9/06 |
| 66 | 3/9/06 | PHOTOGRAPH OF RV | | 3/9/06 |
| 67 | 3/9/06 | PHOTOGRAPH OF PLANE | | 3/9/06 |
| 68 | 3/9/06 | PHOTOGRAPH OF MAURICE GIBSON WITH JEWELRY | | 3/9/06 |
| 69 | 3/9/06 | PHOTOGRAPH OF A MINK COAT | | 3/9/06 |

| Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government | | | | |
|---|---|---|---|---|
| 70 | 3/9/06 | LOAN APPLICATION | | 3/9/06 |
| 71 | 3/9/06 | LOAN APPLICATION | | 3/9/06 |
| 72 | 3/9/06 | DEPOSIT ITEMS FROM FIRST COMMUNITY BANK SHOWING PAYMENTS ON A MORTGAGE LOAN BY ADKINS | | 3/10/06 |
| 73 | 3/9/06 | DEED | | 3/9/06 |
| 74 | 3/9/06 | DEED | | 3/9/06 |
| 75 | 3/9/06 | DEED | | 3/9/06 |
| 76 | 3/9/06 | DEED | | 3/9/06 |
| 77 | 3/9/06 | DEED | | 3/9/06 |
| 78 | 3/9/06 | BUYER'S ORDER AND INVOICE FROM JEFF WYLER FAIRFIELD, INC. | | 3/9/06 |
| 79 | 3/9/06 | ARNOLD PALMER CADILLAC SALES DOCUMENTS | | 3/9/06 |
| 80 | 3/9/06 | ARNOLD PALMER CADILLAC SALES DOCUMENTS | | 3/9/06 |
| 81 | 3/9/06 | BILL FROM TIMOTHY KERNS | | 3/9/06 |
| 82 | 3/10/06 | AIRCRAFT REGISTRATION FORM | | 3/10/06 |
| 83 | 3/10/06 | CANCELLED CHECKS WRITTEN BY MR. ARNOTO PAYABLE TO CASH | | 3/10/06 |

| Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government | | | | |
|---|---|---|---|---|
| 84 | 3/10/06 | FILE CONTAINING FILING HISTORY OF MAURICE AND TONYA GIBSON | | 3/10/06 |
| 85 | 3/10/06 | FILE CONTAINING INSURANCE PAYOUT OF FIRE LOSS | | 3/10/06 |
| 86 | 3/10/06 | FILE CONTAINING INFORMATION ON SALE OF PROPERTIES | | 3/10/06 |
| 87 | 3/10/06 | FILE CONTAINING INFORMATION ON A GOLD BULLION ACCOUNT | | 3/10/06 |
| 88 | 3/10/06 | FILE CONTAINING INFORMATION REGARDING LOAN PROCEEDS FORM FIRST COMMUNITY BANK | | 3/10/06 |
| 89 | 3/10/06 | FILE CONTAINING INFORMATION ON PURCHASE OF PROPERTIES AND LOAN PAYMENTS | | 3/10/06 |
| 90 | 3/10/06 | FILE CONTAINING INFORMATION REGARDING THE PURCHASE OF 1008 ALBERMARLE STREET | | 3/10/06 |
| 91 | 3/10/06 | FILE CONTAINING GOLD BULLION INVESTMENTS | | 3/10/06 |
| 92 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF THE 2002 CADILLAC ESCALADE | | 3/10/06 |
| 93 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF THE 2003 CADILLAC ESCALADE | | 3/10/06 |

| Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government | | | | |
|---|---|---|---|---|
| 94 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF THE 2001 KAWASAKI MOTORCYCLE | | 3/10/06 |
| 95 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF THE 2002 YAMAHA 4-WHEELER | | 3/10/06 |
| 96 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF THE 2002 PONTOON BOAT | | 3/10/06 |
| 97 | 3/10/06 | FILE CONTAINING INFORMATION ON THE PURCHASE OF AN AIRPLANE AND REPAIRS | | 3/10/06 |
| 98 | 3/10/06 | FILE CONTAINING INFORMATION REGARDING JEWELRY PURCHASES | | 3/10/06 |
| 99 | 3/10/06 | FILE CONTAINING INFORMATION REGARDING MISC. CASH PURCHASES | | 3/10/06 |
| 100 | 3/10/06 | FILE CONTAINING INFORMATION REGARDING CREDIT CARD PAYMENTS | | 3/10/06 |
| 101 | 3/10/06 | CHART SHOWING SOURCE OF FUNDS AND EXPENDITURE OF FUNDS | | 3/10/06 |
| 102 | 3/10/06 | JUNE, 4, 2004 STATEMENT OF MIKE WHITE | | 3/10/06 DOES NOT GO TO JURY |

| Criminal No. 1:05-00126-01 USA v. Maurice Gibson Government | | | | |
|---|---|---|---|---|
| 103 | 3/10/06 | MARCH 22, 2005 STATEMENT OF MIKE WHITE | | 3/10/06 DOES NOT GO TO JURY |