**Criminal No 1:05-00126-01 USA v. Maurice Gibson Defendant**

| EXHIBIT NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 1 | 3/9/06 | OXYCONTIN CHART | | 3/9/06 |
| 2 | 3/9/06 | WORK ORDERS | | 3/9/06 |
| 3 | 3/10/06 | 3/6/04 CHECK | | 3/10/06 |
| 4 | 3/10/06 | 2/24/04 CHECK | | 3/10/06 |
| 5 | 3/10/06 | TREASURY CHECK | | 3/10/06 |
| 6 | 3/10/06 | 9/30/03 CHECK | | 3/10/06 |
| 7 | 3/10/06 | CHECKS DATED 9/12/02 AND 9/6/02 | | 3/10/06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FILED
MAR 13 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia