Criminal No. 1:05-00126-01 USA v. Maurice Gibson COURT

| EXHIBIT NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 1 | 3/10/06 | PROPOSED CHARGE | | |
| 2 | 3/10/06 | PROPOSED VERDICT FORM | | |
| 3 | 3/10/06 | CHARGE | | |
| 4 | 3/10/06 | JURY NOTE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FILED
MAR 13 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia