We would like to see DVD's
Exhibits # 10, 11, 12, # 27, 28, 29

[signature]

COURT
**EXHIBIT**
4