ENTERED

AUG 2 2 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v. Criminal No. 1:05-00126

MAURICE GIBSON

**ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: McINTOSH COUNTY JAIL
714 Highway 251
Darien, GA 31305
Telephone: (912) 437-6622

Greetings:

WE COMMAND YOU that you surrender the body of COURTNEY LYLE detained in the McIntosh County Jail under your custody, as it is said, to the United States Marshal for the Southern District of West Virginia, and or one of his deputies, or any other authorized United States Marshal, to the end that COURTNEY LYLE's body will be before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 9th day of January, 2007, at 10:30 a.m. or at such other time or times as the District Court may direct.

ENTER: August 22, 2006.

R. Clarke VanDervort

Honorable R. Clarke VanDervort
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FILED

AUG 22 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. Criminal No. 1:05-00126

MAURICE GIBSON

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Comes now Miller A. Bushong III, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court that one COURTNEY LYLE is incarcerated in the McINTOSH COUNTY JAIL, 714 Highway 251, Darien, GA 31305, and that the said COURTNEY LYLE is a necessary witness for a hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, scheduled for 10:30 a.m. on the 9th day of January, 2007.

WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized United States Marshal, to produce the body of said COURTNEY LYLE that he may appear and testify before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia at 10:30 a.m. on the 9th day of January, 2007.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

MILLER A. BUSHONG III
WV Bar No. 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov

Date: August 22, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v. Criminal No. 1:05-00126

MAURICE GIBSON

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the McIntosh County Jail, Darien, Georgia, and remove therefrom the body of COURTNEY LYLE and produce him under safe and secure conduct before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 9th day of January, 2007, or at such other time or times as the District Court may direct; and upon completion of COURTNEY LYLE's testimony return the said COURTNEY LYLE to the McIntosh County Jail.

TERESA L. DEPPNER, Clerk

By: [signature]
Deputy Clerk

Date: 8-22-06

CUSTODY ASSUMED:

Executed this ________ day of ____________, 200___

By: ________________________________
United States Marshal/Deputy

jw 0+5