IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FILED
FEB 28 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:05-00126**

**MAURICE GIBSON,**
**also known as "Mo"**

**STIPULATION**

The United States and defendant stipulate that Jamaal Wallace died as a result of multiple gunshot wounds on June 12, 2002, as stated in the autopsy report of Dr. Zia Sabet.

Respectfully submitted

CHARLES T. MILLER
United States Attorney

By: ______________________________
MILLER A. BUSHONG III
Assistant United States Attorney

______________________________
GARY A. COLLIAS
Counsel for Defendant
Maurice Gibson

______________________________
JAY T. MCCAMIC
Counsel for Defendant
Maurice Gibson

______________________________
MAURICE GIBSON
Defendant