```
                    IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                              AT BLUEFIELD
```

MAURICE TAFT GIBSON

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:11-0024
                                      (Criminal No. 1:05-00126-01)


UNITED STATES OF AMERICA,

    Defendant.


## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on December 5, 2013, in which he recommended that the District Court dismiss plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such

party's right to a de novo review by this court.  Snyder v.
Ridenour, 889 F.2d 1363 (4th Cir. 1989).

　　　　The parties failed to file any objections to the
Magistrate Judge's Findings and Recommendation within the
requisite period.  Having reviewed the Findings and
Recommendation filed by Magistrate Judge VanDervort, the court
adopts the findings and recommendations contained therein.
Accordingly, the court hereby **DISMISSES** plaintiff's motion under
28 U.S.C. § 2255, and directs the Clerk to remove this case from
the court's active docket.

　　　　Additionally, the court has considered whether to grant a
certificate of appealability.  See 28 U.S.C. § 2253(c).  A
certificate will not be granted unless there is "a substantial
showing of the denial of a constitutional right."  28 U.S.C. §
2253(c)(2).  The standard is satisfied only upon a showing that
reasonable jurists would find that any assessment of the
constitutional claims by this court is debatable or wrong and
that any dispositive procedural ruling is likewise debatable.
Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.
McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,
683-84 (4th Cir. 2001).  The court concludes that the governing
standard is not satisfied in this instance.  Accordingly, the
court DENIES a certificate of appealability.

　　　　The Clerk is directed to forward a copy of this
Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 17th day of January, 2014.

ENTER:

David A. Faber
Senior United States District Judge